UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**      'O'

| Case No. | 2:17-mc-00095-CAS(AFMx) | Date | August 17, 2017 |
|---|---|---|---|
| Title | SECURITIES AND EXCHANGE COMMISSION v. ANDREW T.E. COLDICUTT ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH INVESTIGATIVE SUBPOENAS SHOULD NOT BE ISSUED (Dkt. 6, filed July 26, 2017)

The Court finds this motion appropriate for decision without oral argument. See Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15. Accordingly, the hearing date of August 28, 2017 is vacated, and the matter is hereby taken under submission.

In May 2016, the Securities and Exchange Commission ("SEC") initiated an investigation to determine whether respondent Andrew T.E. Coldicutt and others may have violated the antifraud and securities registration provisions of the federal securities laws. Dkt. 1-1 ("App.") at 1. The SEC sought business and financial records from Coldicutt and the Law Office of Andrew Coldicutt (collectively, "respondents") concerning Green Cures & Botanical Distribution, Inc., a company that is the subject of SEC investigation. Id. The SEC issued subpoenas for such records on March 24, 2017 ("March 2017 Subpoenas"). Id. Respondents produced no documents in response to these subpoenas. Id.

On July 20, 2017, the SEC filed an application for an order to show cause why an order compelling compliance with investigative subpoenas should not be issued. See generally App. On July 26, 2017, the Court ordered respondents to show cause, no later than August 7, 2017, why an order compelling compliance with the SEC's investigative subpoenas should not be issued. Dkt. 6 ("OSC"). Respondents did not file a response to the OSC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     **'O'**

| Case No. | 2:17-mc-00095-CAS(AFMx) | Date | August 17, 2017 |
|---|---|---|---|
| Title | SECURITIES AND EXCHANGE COMMISSION v. ANDREW T.E. COLDICUTT ET AL. | | |

Accordingly, the Court **ORDERS** respondents to comply with the SEC's March 2017 Subpoenas and produce the requested documents no later than August 24, 2017.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |